UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

## CIVIL RIGHTS COMPLAINT FORM

Christopher Fenelus
#M20279

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Sergeant H L Carrasquillo
officer Joshua Bostic

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).
Individual capacities

CASE NUMBER: 3:13-CV-1155-J-39JBT
(To be supplied by Clerk's Office)

Amended Complaint

[Stamp: PROVIDED TO SANTA ROSA C.I. ON APR 22 2014 FOR MAILING C.F.]

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Santa Rosa Correctional
(Indicate the name and location)
Institution 5850 E. Milton Rd. Milton, FL 32583

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

    1. Informal Grievance (Form DC3-005)
    2. Formal Grievance (Form DC1-303)
    3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

    3. Were you denied emergency status? Yes ( ) No (✓)

        a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

        b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes (✓) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2_____.

_____
Signature of Plaintiff

III. <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?</u> Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No (✓)

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (✓)

C. If your answer is YES:

1. What steps did you take? N/A

2. What were the results? N/A

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2_____.

*Christopher Fenelus*
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): Christopher Fenelus #M20279

   Defendant(s): Robert Newell Charles Williams lieutenant Newell Sergeant Williams

2. Court (if federal court, name the district; if state court, name the county): United States District Court Middle District of Florida

3. Docket Number: 3:10-cv-245-J-32JRK

4. Name of judge: James R. Klindt Magistrate Judge

5. Briefly describe the facts and basis of the lawsuit: Defendants had use excessive force with chemical agents to infringe 8 Amendment

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): The case was closed through Summary Judgement

7. Approximate filing date: March 2016

8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

Habeas corpus number: 1:2006-cv-22356 closed case civil complaints 3:10-cv-245-J-32JRK and four cases dismiss without prejudice

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Christopher Fenelus #M20279

Mailing address: Santa Rosa Correctional Institution 5850 East Milton Road Milton Florida 32538

B. Additional Plaintiffs: N/A

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Sergeant H/ Carrasquillo

Mailing Address: Florida State Prison 7819 NW 228th street Raiford, FL 32026

Position: Sergeant

Employed at: Florida State Prison Department of Corrections

D. Defendant: Joshua Bostic

Mailing Address: Florida State Prison 7819 NW 228th street Raiford, FL 32026

Position: officer

Employed at: Department of Corrections

DC 225 (Rev. 9/03)

6

E. Defendant: N/A
   Mailing Address:
   Position:
   Employed at:

F. Defendant: N/A
   Mailing Address:
   Position:
   Employed at:

G. Defendant: N/A
   Mailing Address:
   Position:
   Employed at:

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Plaintiff Claims "Excessive force" cruel Unusual Punishment and each Defendants are being sued in their Individual capacity for acting under the color of State law while maliciously and maltreat using "cruel unusual punishment" to wantonly inflict Plaintiff with physical harm serious injury and severe physical pain

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

Defendants Carrasquillo, HL is a Sergeant and Defendants Joshua Bostic is a officer Plaintiff state that at all times relevant to the facts herein, Plaintiff Christopher Fenelus is a state Prisoner Plaintiff and Defendants were housed and employed at V Dorm Union Correctional Institution transitional Care Unit where Prose recieved Out Patient Mental Health treatment and also where Defendants in there individual capacity on 4/19/11
1. Defendant Sergeant HL Carrasquillo, Joshua Bostic officer

Statement of Facts, continued:

had fabricated report to cause plaintiff harm of abuse infringe on 4/19/11 Defendants allege Plaintiff Fenelus was non responsive suicide to invade his cell V2102 with officer Joshua Bostic and three more officers which brutally abuse him with excessive force using flap locks therefor struck his jaw and head with cruelty

2. Prior into incident Defendants negligence of infringe was not feeding Plaintiff his daily meal for weeks with empty mealtrays to bamboozle the camera into the guillotine flap to continually infringe torture him of anguish deprivation of rights on exhausted Remedies: log: 11-6-37299; 1104-213-216; 1104-213-193 that cause them to assault Prose abusing authority to their advantage for log: 11-6-14912; 1201-213-156 Exhausted Remedies of cause of action

3. Plaintiff states that Defendants Sergeant HL Carrasquillo brutally abuse him with guillotine flap lock that swollen his face broke his jaw crack his teeth while officer Bostic Joshua took turns stomping him Plaintiff had to be Emergency Dental transport into Reception Medical Center for proper care Defendants used corporal punishment which cause plaintiff infringe of Eighth Amendment excessive force claims Plaintiff has declaration affidavit of witness NYKA, Tassiant, Oconnor

DC 225 (Rev. 9/03)

9

VIII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Wherefore, Plaintiff respectfully request that this Court: Award 85,000 compensatory and 85,000 punitive damages against Defendants HL Carrasquillo and Defendants Joshua Bostic 85,000 compensatory and 85,000 punitive damages and Jury trial and whatever judgment this Court Deem Proper

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this _____ day of _____, 2_____.

*Christopher Fenelus*
#M20279

_____
(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)