UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER FENELUS,

        Plaintiff,

v.                        Case No. 3:13-cv-1155-J-39JBT

SERGEANT H. L. CARRASQUILLO,

        Defendant.

_____

**ORDER**

1. Defendant's Motion to Stay (Doc. 37) is **GRANTED**. This case is hereby **stayed**. The **Clerk** shall administratively close the case.

2. By **August 10, 2015**, Defendant shall move to reopen the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of June, 2015.

_____
BRIAN J. DAVIS
United States District Judge

sa 6/24
c:
Christopher Fenelus
Ass't A.G. (Vitale)